UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA

- v. -

EDWARD PENA MONTERO,

                Defendant.

------------------------------------- X

**ORDER**

19 Cr. 52 (AJN)

FEB 1 8 2020

WHEREAS, with the consent of defendant Edward Pena Montero, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on December 20, 2019;

WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
            February 14, 2020

_____
HONORABLE ALISON J. NATHAN
United States District Judge
Southern District of New York