UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEB 1 8 2020

United States of America,

—v—

Edward Pena Montero,

          Defendant.

19-CR-52 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing for Defendant Edward Pena Montero is hereby set for April 24, 2020 at 11:00 a.m. Sentencing submissions from the Defendant are due on or before April 17, 2020. The Government's submission is due on or before April 21, 2020.

SO ORDERED.

Dated: February __, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge