# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
*jp@jpittell.com*

*Long Island Office*
14 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
*jp@jpittell.com*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 6 2020

March 12, 2020

Hon. Alison J. Nathan
U.S. District Court
40 Foley Square
New York, NY 10007

Re: *US v. Pena Montero and Lora Jimenez*, 19 Cr 52

Dear Judge Nathan:

I am counsel for Carlos Alberto Lora Jimenez, a defendant in the above referenced matter.

Previously, Mr. Lora Jimenez pleaded guilty, before Judge Batts, pursuant to a Plea Agreement.

Sentencing is scheduled for April 2, 2020. For the reasons set forth herein, I respectfully request the sentence date be adjourned for at least 90 days. I make this request as I am still awaiting issuance of the draft PSR. Following receipt of the PSR, time will be needed to have it transcribed into Spanish in order for Mr. Lora Jimenez to be able to review it. In addition, Mr. Lora Jimenez, and his family, live in Miami, Florida. In light of current affairs, there is uncertainty as to when they will be able to safely travel to New York.

In light of the foregoing, I respectfully request the sentencing date be adjourned to a date, after July 7, 2020, available on the Court's calender.

I have conferred with the Government and they consent to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Ryan Finkel, AUSA (By ECF)
Carlos Alberto Lora Jimenez

SO ORDERED: 3/13/20
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

> Defendant Carlos Alberto Lora Jimenez's sentencing is hereby adjourned to July 8, 2020 at 11:00 a.m. Sentencing submissions from the Defendant are due on or before July 1, 2020. The Government's submission is due on or before July 6, 2020.
> SO ORDERED.