**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 18, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

Hon. Alison J. Nathan
United States District Judge
40 Foley Square
New York, New York 10007

Re:   United States v. Edward Pena Montero
      19 Cr 52

Dear Judge Nathan,

   I write with the consent of the government (AUSA Ryan Finkel) to request an adjournment of the sentencing hearing currently scheduled for April 24, 2020. The reason for the adjournment is to allow time for the completion of the presentence interview and the presentence report for Mr. Pena. Mr. Pena was initial housed in the Metropolitan Correctional Center in Manhattan. He was then moved to the Metropolitan Detention Center in Brooklyn and then moved to the Westchester County Correctional Center. As a result of these moves, the probation officer and I made several unsuccessful attempts to interview him. Given the current global health crisis we have been unable to reschedule the interview. This is the first request for an adjournment of sentencing.

   Thank you for your consideration of this request.

Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender
(212) 417-8743

Cc:   AUSA Ryan Finkel

> The Court hereby adjourns the sentencing for Defendant Edward Pena Montero, currently scheduled for April 24, 2020, to July 15, 2020 at 11:00 a.m. Sentencing submissions from the Defendant are due on or before July 8, 2020. The Government's sentencing submission is due on or before July 13, 2020.
> SO ORDERED.

SO ORDERED.   3/19/20

*[signature]*

Alison J. Nathan, U.S.D.J.