**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 24, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/2020

Hon. Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  United States v. Edward Pena
     19 CR 52 (AJN)

Dear Judge Nathan,

    I write with the consent of the government (AUSA Kyle Wirshba) to request an adjournment of the sentencing hearing currently scheduled for July 15, 2020. Complications with procedures put in place to allow remote presentence interviews have led to further delay in Mr. Pena's presentence interview. Additional time is needed for the interview to be conducted and for the presentence report to be generated.

    Thank you for your consideration of this request.

Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender
(212) 417-8743

Cc: AUSA Kyle Wirshba
    AUSA Mollie Bracewell

> The sentencing for Defendant Edward Pena Montero and related sentencing submission deadlines are hereby adjourned *sine die*. Within one week of the date of this order, defense counsel should submit a letter stating when the presentence interview will be held and when the final PSR will be completed. Once there is a firm timeline regarding Defendant's PSR, the Court will reschedule the sentencing. SO ORDERED.

SO ORDERED.   6/25/20

/s/ Alison J. Nathan
Alison J. Nathan, U.S.D.J.