USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Edward Pena Montero,

        Defendant.

19-CR-52 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On June 25, 2020, the Court ordered defense counsel to provide an update stating "when the presentence interview will be held and when the final PSR will be completed" on or before July 2, 2020. Dkt. No. 49. As of the date of this order, the Court is not in receipt of that update. Defense counsel is hereby ordered to provide the update on or before July 23, 2020.

    SO ORDERED.

Dated: July 16, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge