UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2020
```

United States of America,

−v−

Edward Pena,

Defendant.

19-cr-52 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing hearing scheduled for October 26, 2020, is adjourned to November 2, 2020, at 11:00 a.m.  The sentencing hearing will proceed remotely.  The Court is in receipt of Mr. Pena's sentencing submission.  The deadline for the Government's sentencing submission remains October 22, 2020.

SO ORDERED.

Dated: October 21, 2020
        New York, New York

_____
ALISON J. NATHAN
United States District Judge