UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020
```

United States of America,

–v–

Edward Pena,

Defendant.

19-cr-52 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Defendant Edward Pena is scheduled to be sentenced on November 2, 2020, at 11:00 a.m. The proceeding will be conducted by videoconference. The Court will separately provide the parties with instructions for accessing the Skype for Business platform. At 11:00 a.m. on November 2, members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 83461393.

SO ORDERED.

Dated: October 30, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge